**Order entered December 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00387-CR
No. 05-15-00999-CR

**PEDRO FIGUEROA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-54250-N, F13-54929-N**

## ORDER

The Court **GRANTS** appellant's December 16, 2015 motion for extension to file appellant's brief.

We **ORDER** appellant to file the brief within **THIRTY (30) DAYS** from the date of this order.

/s/     ADA BROWN
        JUSTICE